UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Norman Bodine and Susan Leah Bodine, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>3M Company, et al.,<br><br>Defendants. | Civil Action No. 0:13-cv-02497 (JRT/LIB)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Kyle B. Mansfield, David E. Scouton, and Joanna M. Salmen shall appear as counsel of record for Defendant Harco Laboratories, Incorporated in this case.

Dated: October 10, 2013    FOLEY & MANSFIELD, P.L.L.P.

By: /s Joanna Salmen
    Kyle B. Mansfield (#157120)
    David E. Scouton (#305510)
    Joanna M. Salmen (#0391266)
    250 Marquette Avenue, Suite 1200
    Minneapolis, Minnesota 55401
    kmansfield@foleymansfield.com
    dscouton@foleymansfield.com
    jsalmen@foleymansfield.com
    (612) 338-8788

*ATTORNEYS FOR DEFENDANT HARCO LABORATORIES, INCORPORATED*