UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Norman Bodine and Susan Leah Bodine, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>3M Company, et al.,<br><br>Defendants. | Case No.: 0:13-cv-02497-JRT-LIB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HARCO LABORATORIES, INCORPORATED** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant Harco Laboratories, Incorporated, hereby make the following disclosures:

1. Defendant Harco Laboratories, Incorporated is a privately held corporation;

2. TransDigm Inc. owns 100 percent of Defendant Harco Laboratories, Incorporated; and

3. TransDigm Group Incorporated, a publically traded company, owns 100 percent of TransDigm Inc.

Dated: October 10, 2013

**FOLEY & MANSFIELD, P.L.L.P.**

By: /s Joanna Salmen
   Kyle B. Mansfield (#157120)
   David E. Scouton (#305510)
   Joanna M. Salmen (#0391266)
   250 Marquette Avenue, Suite 1200
   Minneapolis, Minnesota 55401
   kmansfield@foleymansfield.com
   dscouton@foleymansfield.com
   jsalmen@foleymansfield.com
   (612) 338-8788

**ATTORNEYS FOR DEFENDANT HARCO LABORATORIES, INCORPORATED**